UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                §
                                       §
ZIZZO, JOHN                            §        Case No. 05-26273 ABG
                                       §
                    Debtor(s)          §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
.   The undersigned trustee was appointed on             .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

Funds were disbursed in the following amounts:

Payments made under an interim disbursement

Administrative expenses

Bank service fees

Other payments to creditors

Non-estate funds paid to 3rd Parties

Exemptions paid to the debtor

Other payments to the debtor

Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was                 and the deadline for filing governmental claims was                 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $                 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $                 , for a total compensation of $         [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $         [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/RONALD R. PETERSON
                                                                     Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:    1

Exhibit A

| Case No: | 05-26273 | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|
| Case Name: | ZIZZO, JOHN | |
| For Period Ending: | 05/08/13 | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 06/30/05 (f) |
| 341(a) Meeting Date: | 08/11/05 |
| Claims Bar Date: | 11/14/05 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Linder Credit Union | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. Household goods | 500.00 | 0.00 | OA | 0.00 | FA | 0.00 | 500.00 |
| 3. Books, pictures, etc. | 100.00 | 0.00 | OA | 0.00 | FA | 0.00 | 100.00 |
| 4. Wearing apparel | 500.00 | 0.00 | OA | 0.00 | FA | 0.00 | 500.00 |
| 5. Term insurance | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. STOCK | 0.00 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 7. Company car | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. Adversary case no. 05 A 0196 (u) | Unknown | 0.00 | | 153,078.80 | FA | 0.00 | 0.00 |
| 9. Federal Tax Refund (u) | 0.00 | Unknown | | 322.85 | FA | 0.00 | 0.00 |
| 10. State Tax Refunds (u) | 0.00 | 0.00 | | 23.55 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 600.10 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,400.00 | $0.00 | | $154,025.30 | $0.00 | $0.00 | $1,100.00 |
|---|---|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

_____

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

| | | |
|---|---|---|
| Case No: | 05-26273 | Judge: A. BENJAMIN GOLDGAR |
| Case Name: | ZIZZO, JOHN | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 06/30/05 (f) |
| 341(a) Meeting Date: | 08/11/05 |
| Claims Bar Date: | 11/14/05 |

April 29, 2013, 09:19 am Case is in closing here and we shall file a final report in may. Big pay day for creditors.

The TFR should be filed in May 2013.

January 30, 2012, 10:56 am.  Working on  fee application and final tax returns. This estate should be closed this quarter.

In receipt of final $1,000.00/per month payment under court approved settlement. The estate's accountant is working on tax issues.  Preparing to close the estate.

Initial Projected Date of Final Report (TFR): 12/31/06        Current Projected Date of Final Report (TFR): 05/31/13

_____ Date: _____
RONALD R. PETERSON

Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| | |
|---|---|
| Case No: | 05-26273  -ABG |
| Case Name: | ZIZZO, JOHN |

| | |
|---|---|
| Taxpayer ID No: | *******2846 |
| For Period Ending: | 05/08/13 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8208  Checking Account |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 117,357.62 | | 117,357.62 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.34 | 117,285.28 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.73 | 117,210.55 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.26 | 117,138.29 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.62 | 117,063.67 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 174.02 | 116,889.65 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 156.97 | 116,732.68 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 173.55 | 116,559.13 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 117,357.62 | 798.49 | 116,559.13 |
| Less:  Bank Transfers/CD's | 117,357.62 | 0.00 | |
| Subtotal | 0.00 | 798.49 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 798.49 | |

| | | |
|---|---|---|
| Page Subtotals | 117,357.62 | 798.49 |

Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 05-26273  -ABG |
| Case Name: | ZIZZO, JOHN |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6667  Money Market Account (Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******2846 |
| For Period Ending: | 05/08/13 |

| | |
|---|---|
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 04/20/07 | 8 | Laurey Aremka | Proceeds from adversary case. | 1249-000 | 15,000.00 | | 15,000.00 |
| | 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.85 | | 15,002.85 |
| | 05/23/07 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 16,002.85 |
| | 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 12.82 | | 16,015.67 |
| | 06/20/07 | 8 | Zizzo 1842 Golfview Drive Barlett, Ilillnois 60103 | Adversary settlement | 1249-000 | 1,000.00 | | 17,015.67 |
| | 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 13.32 | | 17,028.99 |
| | 07/12/07 | 8 | John Zizzo 1842 Golfview Drive Bartlett, Illinois | Adversary settlement | 1249-000 | 1,000.00 | | 18,028.99 |
| | 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 14.91 | | 18,043.90 |
| | 08/16/07 | 8 | John Zizzo 1842 Golview Drive Barlett, Illinois 60103 | Adversary settlement | 1249-000 | 1,000.00 | | 19,043.90 |
| | 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 15.65 | | 19,059.55 |
| | 09/14/07 | 8 | John Zizzo | Adversary | 1249-000 | 1,000.00 | | 20,059.55 |
| | 09/20/07 | 8 | William Branic | Adversary settlement | 1221-000 | 100,000.00 | | 120,059.55 |
| | 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 26.62 | | 120,086.17 |
| | 10/15/07 | 8 | John Zizzo 1842 Golfview Drive Bartlett, Illinois | Adversary settlement | 1249-000 | 1,000.00 | | 121,086.17 |
| | 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 76.76 | | 121,162.93 |
| | 11/15/07 | 8 | John Zizzo 1842 Golfview Drive Bartlett,Illinois 60103 | Adversary settlement | 1249-000 | 1,000.00 | | 122,162.93 |
| * | 11/15/07 | 8 | John Zizzo 1842 Golfview Drive | Adversary settlement | 1249-003 | 1,000.00 | | 123,162.93 |

| | | |
|---|---|---|
| Page Subtotals | 123,162.93 | 0.00 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    3

Exhibit B

| | |
|---|---|
| Case No: | 05-26273  -ABG |
| Case Name: | ZIZZO, JOHN |

| | |
|---|---|
| Taxpayer ID No: | *******2846 |
| For Period Ending: | 05/08/13 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6667  Money Market Account (Interest Earn |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Bartlett, Illinois 60103 | | | | | |
| * 11/15/07 | 8 | John Zizzo | Error Multiple Entry Same Deposit | 1249-003 | -1,000.00 | | 122,162.93 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Illinois 60103 | | | | | |
| * 11/15/07 | 8 | John Zizzo | Adversary settlement | 1249-003 | 1,000.00 | | 123,162.93 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett Illinois 60103 | | | | | |
| * 11/15/07 | 8 | John Zizzo | Error Multiple Entries Same Deposit | 1249-003 | -1,000.00 | | 122,162.93 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett Illinois 60103 | | | | | |
| 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 64.94 | | 122,227.87 |
| 12/11/07 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 123,227.87 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Illinois 60103 | | | | | |
| 12/19/07 | | Transfer to Acct #*******6861 | Bank Funds Transfer | 9999-000 | | 30,000.00 | 93,227.87 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 53.34 | | 93,281.21 |
| 01/14/08 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 94,281.21 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Illinois 60103 | | | | | |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 37.12 | | 94,318.33 |
| 02/14/08 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 95,318.33 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Illinois 60103 | | | | | |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 22.51 | | 95,340.84 |
| 03/17/08 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 96,340.84 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Illinois 60103 | | | | | |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 22.61 | | 96,363.45 |
| 04/15/08 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 97,363.45 |

|  | Page Subtotals | 4,200.52 | 30,000.00 | |
|---|---|---|---|---|

FORM 2   Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 05-26273  -ABG |
| Case Name: | ZIZZO, JOHN |
| | |
| Taxpayer ID No: | *******2846 |
| For Period Ending: | 05/08/13 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6667  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, I 60103 | | | | | |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 19.81 | | 97,383.26 |
| 05/16/08 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 98,383.26 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Illinois 60103 | | | | | |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 12.41 | | 98,395.67 |
| 06/13/08 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 99,395.67 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Il. 60103 | | | | | |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 12.15 | | 99,407.82 |
| 07/13/08 | | Transfer from Acct #*******6861 | Bank Funds Transfer | 9999-000 | 677.63 | | 100,085.45 |
| 07/15/08 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 101,085.45 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Illinois 60103 | | | | | |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 12.74 | | 101,098.19 |
| 08/18/08 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 102,098.19 |
| | | 1842 Golfview Drive | | | | | |
| | | Barlett I 60103 | | | | | |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 12.88 | | 102,111.07 |
| 09/16/08 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 103,111.07 |
| | | 1842 Golview Drive | | | | | |
| | | Bartlett, Illinois 60103 | | | | | |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 12.61 | | 103,123.68 |
| 10/16/08 | 8 | John Zizzo | Adversary settlement | 1241-000 | 1,000.00 | | 104,123.68 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett Il 60103 | | | | | |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 10.04 | | 104,133.72 |
| 11/14/08 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 105,133.72 |

Page Subtotals     7,770.27     0.00

LFORM24

Page:   5

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 05-26273  -ABG |
| Case Name: | ZIZZO, JOHN |
| Taxpayer ID No: | *******2846 |
| For Period Ending: | 05/08/13 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6667  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1842 Golfbview Drive | | | | | |
| | | Bartlett, Ill. 60103 | | | | | |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 8.56 | | 105,142.28 |
| 12/22/08 | 8 | John Zizzo | Adversary settlement | 1241-000 | 1,000.00 | | 106,142.28 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Il. 60103 | | | | | |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 5.70 | | 106,147.98 |
| 01/20/09 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 107,147.98 |
| | | 1842 Golfview Drive | | | | | |
| | | bartlett, Il 60103 | | | | | |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.80 | | 107,149.78 |
| 02/17/09 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 108,149.78 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Il. 60103 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.65 | | 108,151.43 |
| 03/26/09 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 109,151.43 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett Il. 60103 | | | | | |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.85 | | 109,153.28 |
| 04/21/09 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 110,153.28 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Il 60103 | | | | | |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.49 | | 110,157.77 |
| 05/19/09 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 111,157.77 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Illinois 60103 | | | | | |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.68 | | 111,162.45 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.57 | | 111,167.02 |
| 07/01/09 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 112,167.02 |

| | | Page Subtotals | 7,033.30 | 0.00 | |
|---|---|---|---|---|---|

FORM 2                                                                                                    Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 05-26273  -ABG |
| Case Name: | ZIZZO, JOHN |
| | |
| Taxpayer ID No: | *******2846 |
| For Period Ending: | 05/08/13 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6667  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Il. 60103 | | | | | |
| 07/22/09 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 113,167.02 |
| | | 1842 Golfview Drive | | | | | |
| | | Bsartlett, Il 60103 | | | | | |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.76 | | 113,171.78 |
| 08/22/09 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 114,171.78 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Il 601103 | | | | | |
| 08/22/09 | | Transfer to Acct #*******6861 | Bank Funds Transfer | 9999-000 | | 94.00 | 114,077.78 |
| 08/22/09 | | Transfer to Acct #*******6861 | Bank Funds Transfer | 9999-000 | | 309.00 | 113,768.78 |
| 08/22/09 | | Transfer to Acct #*******6861 | Bank Funds Transfer | 9999-000 | | 370.00 | 113,398.78 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.80 | | 113,403.58 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.66 | | 113,408.24 |
| 10/07/09 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 114,408.24 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Il 60103 | | | | | |
| 10/28/09 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 115,408.24 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Il 60103 | | | | | |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.84 | | 115,413.08 |
| 11/30/09 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 116,413.08 |
| | | 1842 Golfview | | | | | |
| | | Bartlett, Il | | | | | |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.75 | | 116,417.83 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.94 | | 116,422.77 |
| 01/12/10 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 117,422.77 |
| | | 1842 Golfview Drive | | | | | |
| | | bartlett, Il. 60103 | | | | | |

|  | | | | Page Subtotals | 6,028.75 | 773.00 | |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

Ver: 17.01

FORM 2

Page:   7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

Case No:        05-26273  -ABG
Case Name:   ZIZZO, JOHN

Taxpayer ID No:   *******2846
For Period Ending:   05/08/13

Trustee Name:        RONALD R. PETERSON
Bank Name:           BANK OF AMERICA, N.A.
Account Number / CD #:        *******6667  Money Market Account (Interest Earn

Blanket Bond (per case limit):   $  5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/25/10 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 118,422.77 |
| | | • 42 Golview Drive | | | | | |
| | | Bartlett Il. | | | | | |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.97 | | 118,427.74 |
| 02/24/10 | | Transfer to Acct #*******6861 | Bank Funds Transfer | 9999-000 | | 253.00 | 118,174.74 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.54 | | 118,179.28 |
| 03/02/10 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 119,179.28 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Il 60103 | | | | | |
| 03/30/10 | | Transfer to Acct #*******6861 | Bank Funds Transfer | 9999-000 | | 4,802.09 | 114,377.19 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 5.05 | | 114,382.24 |
| 04/11/10 | 8 | John Zizzo | Adversary Settlement | 1249-000 | 1,000.00 | | 115,382.24 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Il 60103 | | | | | |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.72 | | 115,386.96 |
| 05/12/10 | | Transfer from Acct #*******6861 | Bank Funds Transfer | 9999-000 | 1,000.00 | | 116,386.96 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.92 | | 116,391.88 |
| 06/02/10 | 8 | John Zizzo | AdversarySettlement | 1229-000 | 1,000.00 | | 117,391.88 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Il 60103 | | | | | |
| 06/30/10 | 8 | John Zizzo | Adversary Settlement | 1241-000 | 1,078.80 | | 118,470.68 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Il 60103 | | | | | |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.82 | | 118,475.50 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 5.02 | | 118,480.52 |
| 08/24/10 | 10 | Daniel W. Hynes | Tax Refund | 2810-000 | | -21.27 | 118,501.79 |
| | | Comptroller of Illilnois | | | | | |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 5.03 | | 118,506.82 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.87 | | 118,511.69 |

Page Subtotals      6,122.74      5,033.82

FOR PAGE

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 8

Exhibit B

| Case No: | 05-26273  -ABG | Trustee Name: | RONALD R. PETERSON |
| Case Name: | ZIZZO, JOHN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6667  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2846 | | |
| For Period Ending: | 05/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/18/10 | 9 | United States Treasury I.R.S. | Tax Refund | 1224-000 | 322.85 | | 118,834.54 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 5.03 | | 118,839.57 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.89 | | 118,844.46 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 5.05 | | 118,849.51 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 5.05 | | 118,854.56 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.91 | | 118,855.47 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.01 | | 118,856.48 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.97 | | 118,857.45 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.01 | | 118,858.46 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.98 | | 118,859.44 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.00 | | 118,860.44 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.01 | | 118,861.45 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.98 | | 118,862.43 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.01 | | 118,863.44 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 151.43 | 118,712.01 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.98 | | 118,712.99 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 146.36 | 118,566.63 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.00 | | 118,567.63 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 146.18 | 118,421.45 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.01 | | 118,422.46 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 155.31 | 118,267.15 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.94 | | 118,268.09 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 140.56 | 118,127.53 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.00 | | 118,128.53 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 145.24 | 117,983.29 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.97 | | 117,984.26 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 149.90 | 117,834.36 |
| 05/17/12 | | Transfer from Acct #*******6861 | Bank Funds Transfer | 9999-000 | 2.28 | | 117,836.64 |
| | | | Page Subtotals | | 359.93 | 1,034.98 | |

LFORM24

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

Ver: 17.01

FORM 2

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 05-26273 -ABG | Trustee Name: | RONALD R. PETERSON |
| Case Name: | ZIZZO, JOHN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6667  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2846 | | |
| For Period Ending: | 05/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.00 | | 117,837.64 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 149.71 | 117,687.93 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.96 | | 117,688.89 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 139.88 | 117,549.01 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.00 | | 117,550.01 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 154.16 | 117,395.85 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.26 | | 117,396.11 |
| 08/09/12 | | BANK OF AMERICA, N.A. | BANK FEES | 2600-000 | | 38.49 | 117,357.62 |
| | | 901 MAIN STREET | | | | | |
| | | 9TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 117,357.62 | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | 154,681.66 | 154,681.66 | | 0.00 |
| | Less:  Bank Transfers/CD's | | 1,679.91 | 153,185.71 | | |
| | Subtotal | | 153,001.75 | 1,495.95 | | |
| | Less:  Payments to Debtors | | | 0.00 | | |
| | Net | | 153,001.75 | 1,495.95 | | |

Page Subtotals          3.22          117,839.86

**UST Form 101-7-TFR (5/1/2011)** *(Page: 13)*

LFORM24

Ver: 17.01

**FORM 2**

Page:   10

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: | 05-26273  -ABG |
| Case Name: | ZIZZO, JOHN |
| Taxpayer ID No: | *******2846 |
| For Period Ending: | 05/08/13 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6861  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | 0.00 |
| 12/19/07 | | Transfer from Acct #*******6667 | Bank Funds Transfer | | 9999-000 | 30,000.00 | | 30,000.00 |
| 12/19/07 | 003001 | Jenner & Block LLP | Interim Fees | | | | 29,322.37 | 677.63 |
| | | | Fees | 26,309.00 | 3110-000 | | | |
| | | | Expenses | 3,013.37 | 3120-000 | | | |
| 07/13/08 | | Transfer to Acct #*******6667 | Bank Funds Transfer | | 9999-000 | | 677.63 | 0.00 |
| 08/22/09 | | Transfer from Acct #*******6667 | Bank Funds Transfer | | 9999-000 | 94.00 | | 94.00 |
| 08/22/09 | | Transfer from Acct #*******6667 | Bank Funds Transfer | | 9999-000 | 309.00 | | 403.00 |
| 08/22/09 | | Transfer from Acct #*******6667 | Bank Funds Transfer | | 9999-000 | 370.00 | | 773.00 |
| 08/22/09 | 003002 | Illinois Department of Revenue | State Income Taxes | | 2810-000 | | 94.00 | 679.00 |
| | | P.O. Box 19009 | 2008 1040 State | | | | | |
| | | springfiled, Il 62794-9009 | | | | | | |
| 08/22/09 | 003003 | Internal Revenue Service | Federal Income Taxes | | 2810-000 | | 309.00 | 370.00 |
| | | IRS Service Center | | | | | | |
| | | Cincinnati, Ohio | | | | | | |
| 08/22/09 | 003004 | Illinois Department of Re venue | state taxes | | 2810-000 | | 370.00 | 0.00 |
| | | P.O. Box 19009 | | | | | | |
| | | Springfiled, Il 62794-9009 | | | | | | |
| 02/24/10 | | Transfer from Acct #*******6667 | Bank Funds Transfer | | 9999-000 | 253.00 | | 253.00 |
| 02/24/10 | 003005 | Illinois Department of Revenue | State Taxes | | 2820-000 | | 253.00 | 0.00 |
| | | P.O. Box 19009 | | | | | | |
| 03/30/10 | | Transfer from Acct #*******6667 | Bank Funds Transfer | | 9999-000 | 4,802.09 | | 4,802.09 |
| 03/30/10 | 003006 | Alan Lasko | Trustee Accountant | | | | 4,802.09 | 0.00 |
| | | | Tax Returns in Zizzo per court order 17 March 2010 | | | | | |
| | | | Fees | 4,771.50 | 3410-000 | | | |
| | | | Expenses | 30.59 | 3420-000 | | | |
| 05/10/10 | 8 | John Zizzo | Adversary settlement | | 1249-000 | 1,000.00 | | 1,000.00 |
| | | 1842 Golfview Drive | | | | | | |
| | | Bartlett Il. 60103 | | | | | | |

Page Subtotals   36,828.09   35,828.09

UST Form 101-7-TFR (5/1/2011) *(Page: 14)*

Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   11

Exhibit B

| Case No: | 05-26273  -ABG | Trustee Name: | RONALD R. PETERSON |
| Case Name: | ZIZZO, JOHN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6861  BofA - Checking Account |
| Taxpayer ID No: | *******2846 | | |
| For Period Ending: | 05/08/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/12/10 | | Transfer to Acct #*******6667 | Bank Funds Transfer | 9999-000 | | 1,000.00 | 0.00 |
| 08/24/10 | 10 | Daniel W. Hynes | State Taxes | 2820-000 | | -2.28 | 2.28 |
| | | Comptroller of Illinois | | | | | |
| 05/17/12 | | Transfer to Acct #*******6667 | Bank Funds Transfer | 9999-000 | | 2.28 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 36,828.09 | 36,828.09 | 0.00 |
| Less:  Bank Transfers/CD's | | 35,828.09 | 1,679.91 | |
| Subtotal | | 1,000.00 | 35,148.18 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 1,000.00 | 35,148.18 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******8208 | 0.00 | 798.49 | 116,559.13 |
| Money Market Account (Interest Earn - *******6667 | 153,001.75 | 1,495.95 | 0.00 |
| BofA - Checking Account - *******6861 | 1,000.00 | 35,148.18 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 154,001.75 | 37,442.62 | 116,559.13 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          1,000.00

Ver: 17.01

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Case Number:    05-26273
Debtor Name:    ZIZZO, JOHN

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000015 001 3110-00 | JENNER & BLOCK LLP 353 N. CLARK STREET CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $38,858.50 | $38,858.50 |
| 000016 001 3120-00 | JENNER & BLOCK LLP 353 N. CLARK STREET CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $3,106.01 | $3,106.01 |
| 000017 001 3410-00 | Alan D. Lasko Alan D. Lasko & Associates, PC 29 South LaSalle Street Suite 1240 Chicago, IL  60603 | Administrative | | $0.00 | $7,098.00 | $7,098.00 |
| 000018 001 3420-00 | Alan D. Lasko Alan D. Lasko & Associates, PC 29 South LaSalle Street Suite 1240 Chicago, IL  60603 | Administrative | | $0.00 | $44.73 | $44.73 |
| 000002 070 7100-00 | Washington Mutual Finance Portfolio Recovery Associates PO Box 41067 Norfolk, VA 23541 | Unsecured | Filed 09/08/05 | $0.00 | $5,740.00 | $5,740.00 |
| 000003 070 7100-00 | GE Consumer Finance For GE Money Bank dba WHITEHALL P.O. Box 960061 Orlando, Florida 32896-0661 | Unsecured | Filed 11/14/05 | $0.00 | $1,376.86 | $1,376.86 |
| 000004 080 7200-00 | Capital One Services Attn: Remittance Processing P.O. Box 60000 Seattle, WA 98190-6000 | Unsecured | Filed 04/04/06 | $0.00 | $989.90 | $989.90 |
| 000005 080 7200-00 | Capital One, F.S.B. Attn: Remittance Processing P.O. Box 34631 Seattle, WA 98124-1631 | Unsecured | Filed 04/04/06 | $0.00 | $1,154.69 | $1,154.69 |
| 000006 080 7200-00 | GE CCCC C/O Card Services P.O. Box 276 Dayton, OH 45401 | Unsecured | Filed 04/04/06 | $0.00 | $807.79 | $807.79 |
| 000007 080 7200-00 | Pinnacle Holdings, Inc. 915 North 52nd Street Phoenix, AZ 85008 | Unsecured | Filed 04/04/06 | $0.00 | $791.55 | $791.55 |
| 000008 080 7200-00 | Wells Fargo Bank PO Box 29746 MAC 54018-015 Phoenix, AZ 85038-9746 | Unsecured | Filed 04/04/06 | $0.00 | $55,189.48 | $55,189.48 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Page 2                                                                Date: May 10, 2013

Case Number:   05-26273                          Claim Class Sequence
Debtor Name:   ZIZZO, JOHN

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000009 080 7200-00 | Advanta Bank Corporation Payment Processing 5300 Oakbrook Pkwy. Bldg. 300 Suite 300 Norcross, GA 3093-2254 | Unsecured | Filed 04/04/06 | $0.00 | $35,694.52 | $35,694.52 |
| 000010 080 7200-00 | Best Buy c/o Southwest Credit Card Service 2950 South Gessner #205 Houston, TX 77063 | Unsecured | Filed 04/04/06 | $0.00 | $1,854.89 | $1,854.89 |
| 000011 080 7200-00 | Crown Asset Management c/o Weltman, Weinberg & Reis 323 W. Lakeside #200 Cleveland, OH 44113-1099 | Unsecured | Filed 04/04/06 | $0.00 | $13,286.02 | $13,286.02 |
| 000012 080 7200-00 | Capital One, F.S.B. Attn: Remittance Processing P.O. Box 34631 Seattle, WA 98124-1631 | Unsecured | Filed 04/04/06 | $0.00 | $9,391.05 | $9,391.05 |
| 000013 080 7200-00 | Citibank South Dakota, N/A Mastercard c/o Plaza Associates 370 Seventh Avenue New York, NY 10001 | Unsecured | Filed 04/04/06 | $0.00 | $21,232.08 | $21,232.08 |
| 000014 080 7200-00 | eCAST Settlement Corporation assignee of HSBC Bank Nevada NA / HSBC Card Services III POB 35480 Newark NJ 07193-5480 | Unsecured | Filed 05/25/06 | $0.00 | $393.32 | $393.32 |
| 000001 050 4210-00 | Rogers & Hollands Jewelers P.O. Box 879 Matteson, IL 60443 | Secured | Filed 08/25/05 | $0.00 | $474.85 | $474.85 |
| | Case Totals: | | | $0.00 | $197,484.24 | $197,484.24 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-26273 ABG
Case Name: ZIZZO, JOHN
Trustee Name: RONALD R. PETERSON

Balance on hand                                        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ | $ | $ |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lasko | $ | $ | $ |
| Other: Alan D. Lasko | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance                                         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $         must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be            percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|-------------------------|--------------------------|------------------|
| 000002 | Washington Mutual Finance Portfolio Recovery Associates PO Box 41067 Norfolk, VA 23541 | $ | $ | $ |
| 000003 | GE Consumer Finance For GE Money Bank dba WHITEHALL P.O. Box 960061 Orlando, Florida 32896-0661 | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance       $_____

Tardily filed claims of general (unsecured) creditors totaling $            have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be            percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Capital One Services Attn: Remittance Processing P.O. Box 60000 Seattle, WA 98190-6000 | $ | $ | $ |
| 000005 | Capital One, F.S.B. Attn: Remittance Processing P.O. Box 34631 Seattle, WA 98124-1631 | $ | $ | $ |
| 000006 | GE CCCC C/O Card Services P.O. Box 276 Dayton, OH 45401 | $ | $ | $ |
| 000007 | Pinnacle Holdings, Inc. 915 North 52nd Street Phoenix, AZ 85008 | $ | $ | $ |
| 000008 | Wells Fargo Bank PO Box 29746 MAC 54018-015 Phoenix, AZ 85038-9746 | $ | $ | $ |
| 000009 | Advanta Bank Corporation Payment Processing 5300 Oakbrook Pkwy. Bldg. 300 Suite 300 Norcross, GA 3093-2254 | $ | $ | $ |
| 000010 | Best Buy c/o Southwest Credit Card Service 2950 South Gessner #205 Houston, TX 77063 | $ | $ | $ |
| 000011 | Crown Asset Management c/o Weltman, Weinberg & Reis 323 W. Lakeside #200 Cleveland, OH 44113-1099 | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Capital One, F.S.B. Attn: Remittance Processing P.O. Box 34631 Seattle, WA 98124-1631 | $ | $ | $ |
| 000013 | Citibank South Dakota, N/A Mastercard c/o Plaza Associates 370 Seventh Avenue New York, NY 10001 | $ | $ | $ |
| 000014 | eCAST Settlement Corporation assignee of HSBC Bank Nevada NA / HSBC Card Services III POB 35480 Newark NJ 07193-5480 | $ | $ | $ |

Total to be paid to tardy general unsecured creditors        $_____

Remaining Balance        $_____


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE