## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
ZIZZO, JOHN § Case No. 05-26273 ABG
§
Debtor(s) §

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/01/2013 in Courtroom 642,
UNITED STATES BANKRUPTCY COURT
219 S. Deaborn St.
Chicago, IL  60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/13/2013              By: UNITED STATES BANKRUPTCY
                                          COURT
                                                            Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
ZIZZO, JOHN § Case No. 05-26273 ABG
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 154,001.75 |
| and approved disbursements of | $ | 37,610.31 |
| leaving a balance on hand of[1] | $ | 116,391.44 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 10,951.27 | $ 0.00 | $ 10,951.27 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 38,858.50 | $ 26,309.00 | $ 12,549.50 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 3,106.01 | $ 3,013.37 | $ 92.64 |
| Accountant for Trustee Fees: Alan D. Lasko | $ 7,098.00 | $ 4,771.50 | $ 2,326.50 |
| Other: Alan D. Lasko | $ 44.73 | $ 30.59 | $ 14.14 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 25,934.05 |
| Remaining Balance | $ 90,457.39 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 7,116.86  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | Washington Mutual Finance<br>Portfolio Recovery Associates<br>PO Box 41067<br>Norfolk, VA 23541 | $     5,740.00 | $     0.00 | $     5,740.00 |
| 000003 | GE Consumer Finance For GE Money Bank dba WHITEHALL<br>P.O. Box 960061<br>Orlando, Florida 32896-0661 | $     1,376.86 | $     0.00 | $     1,376.86 |
| | Total to be paid to timely general unsecured creditors | | $ | 7,116.86 |
| | Remaining Balance | | $ | 83,340.53 |

Tardily filed claims of general (unsecured) creditors totaling $ 140,785.29  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  59.2

Case 05-26273    Doc 59    Filed 05/14/13    Entered 05/17/13 02:31:01    Desc Imaged
                   Certificate of Notice    Page 4 of 8

percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | Capital One Services<br>Attn: Remittance Processing<br>P.O. Box 60000<br>Seattle, WA 98190-6000 | $ 989.90 | $ 0.00 | $ 585.99 |
| 000005 | Capital One, F.S.B.<br>Attn: Remittance Processing<br>P.O. Box 34631<br>Seattle, WA 98124-1631 | $ 1,154.69 | $ 0.00 | $ 683.54 |
| 000006 | GE CCCC<br>C/O Card Services<br>P.O. Box 276<br>Dayton, OH 45401 | $ 807.79 | $ 0.00 | $ 478.19 |
| 000007 | Pinnacle Holdings, Inc.<br>915 North 52nd Street<br>Phoenix, AZ 85008 | $ 791.55 | $ 0.00 | $ 468.57 |
| 000008 | Wells Fargo Bank<br>PO Box 29746<br>MAC 54018-015<br>Phoenix, AZ 85038-9746 | $ 55,189.48 | $ 0.00 | $ 32,670.46 |
| 000009 | Advanta Bank Corporation<br>Payment Processing<br>5300 Oakbrook Pkwy.<br>Bldg. 300 Suite 300<br>Norcross, GA 3093-2254 | $ 35,694.52 | $ 0.00 | $ 21,130.05 |
| 000010 | Best Buy<br>c/o Southwest Credit Card Service<br>2950 South Gessner #205<br>Houston, TX 77063 | $ 1,854.89 | $ 0.00 | $ 1,098.04 |
| 000011 | Crown Asset Management<br>c/o Weltman, Weinberg & Reis<br>323 W. Lakeside #200<br>Cleveland, OH 44113-1099 | $ 13,286.02 | $ 0.00 | $ 7,864.91 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000012 | Capital One, F.S.B. Attn: Remittance Processing P.O. Box 34631 Seattle, WA 98124-1631 | $ 9,391.05 | $ 0.00 | $ 5,559.21 |
| 000013 | Citibank South Dakota, N/A Mastercard c/o Plaza Associates 370 Seventh Avenue New York, NY 10001 | $ 21,232.08 | $ 0.00 | $ 12,568.73 |
| 000014 | eCAST Settlement Corporation assignee of HSBC Bank Nevada NA / HSBC Card Services III POB 35480 Newark NJ 07193-5480 | $ 393.32 | $ 0.00 | $ 232.84 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 83,340.53 |
| Remaining Balance | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
                                           Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 05-26273-ABG
John A Zizzo Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: pseamann      Page 1 of 3      Date Rcvd: May 14, 2013
                  Form ID: pdf006     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 16, 2013.
```
db          +John A Zizzo,    218 Oak Knoll Ct,    Schaumburg, IL 60193-7210
aty         +David Mann,    609 W Euclid Avenue,    Arlington Hghts, IL 60004-5301
9537378     +Advanta Bank Corporation,    Payment Processing,    5300 Oakbrook Pkwy.,    Bldg. 300 Suite 300,
              Norcross, GA 30093-2254
9537387      Attn: Remittance Processing,    Capital One Services,    P.O. Box 60000,    Seattle, WA 98190-6000
9537383     +Best Buy,    c/o Southwest Credit Card Service,    2950 South Gessner #205,
              Houston, TX 77063-3771
10675263     Capital One Service,    Attn: Remittance Processing,    P.O. Box 60000,    Seattle, WA,    98190-6000
10675265     Capital One Services,    Attn: Remittance Processing,    P.O. Box 60000,    Seattle, WA,
              98190-6000
9537385      Capital One, F.S.B.,    P.O. Box 34631,    Seattle, WA 98124-1631
9537377      Capital One, F.S.B.,    Attn: Remittance Processing,    P.O. Box 34631,    Seattle, WA 98124-1631
9537386     +Citibank South Dakota, N/A Mastercard,    c/o Plaza Associates,    370 Seventh Avenue,
              New York, NY 10001-3901
20384167     Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
              Miami, FL 33131-1605
9537382    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
             (address filed with court:  Portfolio Recovery Associates,    P.O. Box 12914,    Norfolk, VA 23541,
              Washington Mutual)
9537380     +Pinnacle Holdings, Inc.,    915 North 52nd Street,    Phoenix, AZ 85008-6701
9537379     +Washington Mutual Finance,    Portfolio Recovery Associates,    PO Box 41067,
              Norfolk, VA 23541-1067
9791566      Wells Fargo Bank,    PO Box 29746,    MAC 54018-015,    Phoenix, AZ 85038-9746
10749709     eCAST Settlement Corporation assignee of,    HSBC Bank Nevada NA / HSBC Card,    Services III,
              POB 35480,    Newark NJ 07193-5480
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
12650245    +E-mail/PDF: rmscedi@recoverycorp.com May 15 2013 06:58:03     Capital Recovery II,
              25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
9537384      E-mail/Text: BKRMailOps@weltman.com May 15 2013 10:25:38     Crown Asset Management,
              c/o Weltman, Weinberg & Reis,    323 W. Lakeside #200,    Cleveland, OH 44113-1099
9537381     +E-mail/PDF: gecsedi@recoverycorp.com May 15 2013 03:35:08     GE CCCC,    C/O Card Services,
              P.O. Box 276,    Dayton, OH 45401-0276
10479921     E-mail/PDF: gecsedi@recoverycorp.com Dec 31 1969 17:00:00     GE Consumer Finance,
              For GE Money Bank,    dba WHITEHALL,    P.O. Box 960061,    Orlando, Florida 32896-0661
11023906    +E-mail/PDF: rmscedi@recoverycorp.com Dec 31 1969 17:00:00
              Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
              Miami, FL 33131-1605
9537376     +E-mail/Text: SBONNEMA@ROGENT.COM May 15 2013 04:55:15     Rogers & Hollands Jewelers,
              P.O. Box 879,    Matteson, IL 60443-0879
                                                                                              TOTAL: 6
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Jenner & Block LLP
                                                                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: pseamann              Page 2 of 3            Date Rcvd: May 14, 2013
                              Form ID: pdf006             Total Noticed: 22
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 16, 2013**                    **Signature:**       *Joseph Speetjens*

```
District/off: 0752-1           User: pseamann              Page 3 of 3                  Date Rcvd: May 14, 2013
                               Form ID: pdf006             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2013 at the address(es) listed below:
          Arthur P Sanderman    on behalf of Defendant John A Zizzo apslaw@netscape.net
          Dennis M Sbertoli    on behalf of Defendant William A. Bronec dsbert4978@aol.com
          Dennis M Sbertoli    on behalf of Defendant    Hunter-Stevens Company, Inc. dsbert4978@aol.com
          Jason N Knapp    on behalf of Trustee Ronald R Peterson jknapp@jenner.com,  mmatlock@jenner.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Phillip W. Nelson    on behalf of Plaintiff Ronald R. Peterson pnelson@edwardswildman.com,
          ksoto@edwardswildman.com;ECFFilings@edwardswildman.com
          Phillip W. Nelson    on behalf of Plaintiff Ronald R Peterson, not individually but as chapter 7
          Trustee of the Holly Marine Towing, Inc pnelson@edwardswildman.com,
          ksoto@edwardswildman.com;ECFFilings@edwardswildman.com
          Phillip W. Nelson    on behalf of Trustee Ronald R Peterson pnelson@edwardswildman.com,
          ksoto@edwardswildman.com;ECFFilings@edwardswildman.com
          Ronald   Peterson    on behalf of Plaintiff Ronald R Peterson, not individually but as chapter 7
          Trustee of the Holly Marine Towing, Inc rpeterson@jenner.com,   lraiford@jenner.com
          Ronald   Peterson    on behalf of Plaintiff Ronald R. Peterson rpeterson@jenner.com,
          lraiford@jenner.com
          Ronald R Peterson    on behalf of Accountant Alan D Lasko & Associates rpeterson@jenner.com,
          rpeterson@ecf.epiqsystems.com;docketing@jenner.com
          Ronald R Peterson    rpeterson@jenner.com,  rpeterson@ecf.epiqsystems.com;docketing@jenner.com
                                                                                                                                       TOTAL: 12