# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

In re:                                    §
                                          §
ZIZZO, JOHN                               §        Case No. 05-26273 ABG
                                          §
            Debtor(s)                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter    on              .  The case was pending for        months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/RONALD R. PETERSON _____
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | ROGERS & HOLLANDS JEWELERS | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD PETERSON | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| DANIEL W. HYNES | | | | | |
| ILLINOIS DEPARTMENT OF RE VENUE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| INTERNAL REVENUE SERVICE | | | | | |
| DANIEL W. HYNES | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| JENNER & BLOCK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JENNER & BLOCK | | | | | |
| JENNER & BLOCK LLP | | | | | |
| JENNER & BLOCK | | | | | |
| JENNER & BLOCK LLP | | | | | |
| JENNER & BLOCK LLP | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN LASKO | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN LASKO | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | CLERK OF THE BANKRUPTCY COURT | | | | | |
| 000003 | GE CONSUMER FINANCE | | | | | |
| 000002 | WASHINGTON MUTUAL FINANCE | | | | | |
| 000009 | ADVANTA BANK CORPORATION | | | | | |
| 000010 | BEST BUY | | | | | |
| 000004 | CAPITAL ONE SERVICES | | | | | |
| 000005 | CAPITAL ONE, F.S.B. | | | | | |
| 000012 | CAPITAL ONE, F.S.B. | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | CITIBANK SOUTH DAKOTA, N/A MASTERCA | | | | | |
| 000014 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000006 | GE CCCC | | | | | |
| 000007 | PINNACLE HOLDINGS, INC. | | | | | |
| 000008 | WELLS FARGO BANK | | | | | |
| 000011 | CROWN ASSET MANAGEMENT | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:   1

Exhibit 8

| Case No: | 05-26273 | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|
| Case Name: | ZIZZO, JOHN | |

For Period Ending:  10/17/13

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 06/30/05 (f) |
| 341(a) Meeting Date: | 08/11/05 |
| Claims Bar Date: | 11/14/05 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Linder Credit Union | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 2. Household goods | 500.00 | 0.00 | OA | 0.00 | FA | 0.00 | 500.00 |
| 3. Books, pictures, etc. | 100.00 | 0.00 | OA | 0.00 | FA | 0.00 | 100.00 |
| 4. Wearing apparel | 500.00 | 0.00 | OA | 0.00 | FA | 0.00 | 500.00 |
| 5. Term insurance | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. STOCK | 0.00 | 0.00 | OA | 0.00 | FA | 0.00 | 0.00 |
| 7. Company car | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. Adversary case no. 05 A 0196 (u) | Unknown | 0.00 | | 153,078.80 | FA | 0.00 | 0.00 |
| 9. Federal Tax Refund (u) | 0.00 | Unknown | | 322.85 | FA | 0.00 | 0.00 |
| 10. State Tax Refunds (u) | 0.00 | 0.00 | | 23.55 | FA | 0.00 | 0.00 |
| 11. Refund of Distribution (u) | 0.00 | 0.00 | | 12,568.73 | 0.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 600.10 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $1,400.00 | $0.00 | | $166,594.03 | $0.00 | $0.00 | $1,100.00 |
|---|---|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

**FORM 1**

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

### ASSET CASES

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 05-26273 | Judge: A. BENJAMIN GOLDGAR | Trustee Name: | RONALD R. PETERSON |
| Case Name: | ZIZZO, JOHN | | Date Filed (f) or Converted (c): | 06/30/05 (f) |
| | | | 341(a) Meeting Date: | 08/11/05 |
| | | | Claims Bar Date: | 11/14/05 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

April 29, 2013, 09:19 am Case is in closing here and we shall file a final report in may. Big pay day for creditors.

The TFR should be filed in May 2013.

January 30, 2012, 10:56 am.  Working on  fee application and final tax returns. This estate should be closed this quarter.

In receipt of final $1,000.00/per month payment under court approved settlement. The estate's accountant is working on tax issues.  Preparing to close the estate.

RE PROP# 11---Citibank sent their distributioin back.  They sold the accounts to third parties but cannot figure out who
   bought this account.

Initial Projected Date of Final Report (TFR): 12/31/06          Current Projected Date of Final Report (TFR): 05/31/13

_____   Date: _____

RONALD R. PETERSON

FORM 2

Page: 1

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 05-26273  -ABG | Trustee Name: | RONALD R. PETERSON |
| Case Name: | ZIZZO, JOHN | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******8208  Checking Account |
| Taxpayer ID No: | *******2846 | | |
| For Period Ending: | 10/17/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 117,357.62 | | 117,357.62 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.34 | 117,285.28 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.73 | 117,210.55 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 72.26 | 117,138.29 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 74.62 | 117,063.67 |
| 02/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 174.02 | 116,889.65 |
| 03/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 156.97 | 116,732.68 |
| 04/05/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 173.55 | 116,559.13 |
| 05/07/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 167.69 | 116,391.44 |
| 07/08/13 | 030001 | Ronald Peterson<br>Jenner & Block LLP<br>353 North Clark Street<br>Chicago, Illinois 60654 | Trustee's compensation | 2100-000 | | 10,951.27 | 105,440.17 |
| 07/08/13 | 030002 | Jenner & Block<br>353 North Clark Street<br>Chicago, Illinois 60654-3456 | Trustee Counsel's Expenses | 3110-000 | | 12,549.50 | 92,890.67 |
| 07/08/13 | 030003 | Jenner & Block LLP<br>353 North Clark Street<br>Chicago, Illinois 60654-3456 | Expenses | 3120-000 | | 92.64 | 92,798.03 |
| 07/08/13 | 030004 | Alan D. Lasko<br>Alan D. Lasko & Associates, P.C.<br>29 South LaSalle Street<br>Suite 1240<br>Chicago, Illinois 60603 | Professional Fees<br>Fee Application Allowances | 3410-000 | | 2,326.50 | 90,471.53 |
| 07/08/13 | 030005 | Washington Mutual Finance<br>Portfolio Recovery Associates<br>PO Box 41067<br>Norfolk, VA 23541 | | 7100-000 | | 5,740.00 | 84,731.53 |
| | | | Page Subtotals | | 117,357.62 | 32,626.09 | |

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

Ver: 17.03a

FORM 2                                                                              Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                  Exhibit 9

| Case No: | 05-26273 -ABG | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | ZIZZO, JOHN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8208  Checking Account |
| Taxpayer ID No: | *******2846 | | | |
| For Period Ending: | 10/17/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/08/13 | 030006 | Alan D. Lasko | Professional Expenses | 3420-000 | | 14.14 | 84,717.39 |
| 07/08/13 | 030007 | GE Consumer Finance | | 7100-000 | | 1,376.86 | 83,340.53 |
| | | For GE Money Bank | | | | | |
| | | dba WHITEHALL | | | | | |
| | | P.O. Box 960061 | | | | | |
| | | Orlando, Florida 32896-0661 | | | | | |
| 07/08/13 | 030008 | Capital One Services | | 7200-000 | | 585.99 | 82,754.54 |
| | | Attn: Remittance Processing | | | | | |
| | | P.O. Box 60000 | | | | | |
| | | Seattle, WA | | | | | |
| | | 98190-6000 | | | | | |
| 07/08/13 | 030009 | Capital One, F.S.B. | | 7200-000 | | 683.54 | 82,071.00 |
| | | Attn: Remittance Processing | | | | | |
| | | P.O. Box 34631 | | | | | |
| | | Seattle, WA 98124-1631 | | | | | |
| 07/08/13 | 030010 | GE CCCC | | 7200-000 | | 478.19 | 81,592.81 |
| | | C/O Card Services | | | | | |
| | | P.O. Box 276 | | | | | |
| | | Dayton, OH 45401 | | | | | |
| 07/08/13 | 030011 | Pinnacle Holdings, Inc. | | 7200-000 | | 468.57 | 81,124.24 |
| | | 915 North 52nd Street | | | | | |
| | | Phoenix, AZ 85008 | | | | | |
| 07/08/13 | 030012 | Wells Fargo Bank | | 7200-000 | | 32,670.46 | 48,453.78 |
| | | PO Box 29746 | | | | | |
| | | MAC 54018-015 | | | | | |
| | | Phoenix, AZ 85038-9746 | | | | | |
| 07/08/13 | 030013 | Advanta Bank Corporation | | 7200-000 | | 21,130.05 | 27,323.73 |
| | | Payment Processing | | | | | |
| | | 5300 Oakbrook Pkwy. | | | | | |
| | | Bldg. 300 Suite 300 | | | | | |

Page Subtotals                                       0.00            57,407.80

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 12)*

FORM 2                                                                                                      Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                          Exhibit 9

| Case No: | 05-26273  -ABG | | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|---|
| Case Name: | ZIZZO, JOHN | | | Bank Name: | ASSOCIATED BANK |
| | | | | Account Number / CD #: | *******8208  Checking Account |
| Taxpayer ID No: | *******2846 | | | | |
| For Period Ending: | 10/17/13 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| | | Norcross, GA 3093-2254 | | | | | |
| 07/08/13 | 030014 | Best Buy | | 7200-000 | | 1,098.04 | 26,225.69 |
| | | c/o Southwest Credit Card Service | | | | | |
| | | 2950 South Gessner #205 | | | | | |
| | | Houston, TX 77063 | | | | | |
| * 07/08/13 | 030015 | Crown Asset Management | | 7200-003 | | 7,864.91 | 18,360.78 |
| | | c/o Weltman, Weinberg & Reis | | | | | |
| | | 323 W. Lakeside #200 | | | | | |
| | | Cleveland, OH 44113-1099 | | | | | |
| 07/08/13 | 030016 | Capital One, F.S.B. | | 7200-000 | | 5,559.21 | 12,801.57 |
| | | Attn: Remittance Processing | | | | | |
| | | P.O. Box 34631 | | | | | |
| | | Seattle, WA 98124-1631 | | | | | |
| 07/08/13 | 030017 | Citibank South Dakota, N/A Mastercard | | 7200-000 | | 12,568.73 | 232.84 |
| | | c/o Plaza Associates | | | | | |
| | | 370 Seventh Avenue | | | | | |
| | | New York, NY 10001 | | | | | |
| 07/08/13 | 030018 | eCAST Settlement Corporation assignee of | | 7200-000 | | 232.84 | 0.00 |
| | | HSBC Bank Nevada NA / HSBC Card | | | | | |
| | | Services III | | | | | |
| | | POB 35480 | | | | | |
| | | Newark NJ 07193-5480 | | | | | |
| * 08/26/13 | 030015 | Crown Asset Management | VOID | 7200-003 | | -7,864.91 | 7,864.91 |
| | | c/o Weltman, Weinberg & Reis | Collectin Agency wrote me a letter telling me they | | | | |
| | | 323 W. Lakeside #200 | had no clue where their client went | | | | |
| | | Cleveland, OH 44113-1099 | | | | | |
| 08/26/13 | 030019 | BANKRUPTCY COURT CLERK | | 7200-001 | | 7,864.91 | 0.00 |
| | | 219 SOUTH DEARBORN ST. | | | | | |
| | | CHICAGO, IL 60604 | | | | | |
| 08/29/13 | 11 | citibank N.A. | | 1290-000 | 12,568.73 | | 12,568.73 |

Page Subtotals          12,568.73          27,323.73

Exhibit 9

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 05-26273  -ABG |
| Case Name: | ZIZZO, JOHN |
| Taxpayer ID No: | *******2846 |
| For Period Ending: | 10/17/13 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8208  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/29/13 | 030020 | Zone 1223<br>8725 W Sahara Ave<br>Las Vegas, NV 89163<br>Clerk of the Bankruptcy Court<br>U.S. Bankruptcy Court for the<br>Northern District of Illinois<br>219 South Dearborn Street<br>Chicago, Il. 60604 | Refund of Distribution<br>Claimant sold credit portfolio, but doesn't know to whom. | 7100-000 | | 12,568.73 | 0.00 |

| | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 129,926.35 | 129,926.35 | 0.00 |
| Less:  Bank Transfers/CD's | 117,357.62 | 0.00 | |
| Subtotal | 12,568.73 | 129,926.35 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 12,568.73 | 129,926.35 | |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 12,568.73 |

Ver: 17.03a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 05-26273 -ABG |
| Case Name: | ZIZZO, JOHN |

| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6667 Money Market Account (Interest Earn |

| Taxpayer ID No: | *******2846 |
| For Period Ending: | 10/17/13 |

| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/20/07 | 8 | Laurey Aremka | Proceeds from adversary case. | 1249-000 | 15,000.00 | | 15,000.00 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 2.85 | | 15,002.85 |
| 05/23/07 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 16,002.85 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 12.82 | | 16,015.67 |
| 06/20/07 | 8 | Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 17,015.67 |
| | | 1842 Golfview Drive | | | | | |
| | | Barlett, Ililnois 60103 | | | | | |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 13.32 | | 17,028.99 |
| 07/12/07 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 18,028.99 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Illinois | | | | | |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 14.91 | | 18,043.90 |
| 08/16/07 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 19,043.90 |
| | | 1842 Golview Drive | | | | | |
| | | Barlett, Illinois 60103 | | | | | |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.000 | 1270-000 | 15.65 | | 19,059.55 |
| 09/14/07 | 8 | John Zizzo | Adversary | 1249-000 | 1,000.00 | | 20,059.55 |
| 09/20/07 | 8 | William Branic | Adversary settlement | 1221-000 | 100,000.00 | | 120,059.55 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 26.62 | | 120,086.17 |
| 10/15/07 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 121,086.17 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Illinois | | | | | |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.750 | 1270-000 | 76.76 | | 121,162.93 |
| 11/15/07 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 122,162.93 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett,Illinois 60103 | | | | | |
| * 11/15/07 | 8 | John Zizzo | Adversary settlement | 1249-003 | 1,000.00 | | 123,162.93 |
| | | 1842 Golfview Drive | | | | | |

| | | Page Subtotals | | 123,162.93 | 0.00 |

Ver: 17.03a

FORM 2

Page: 6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-26273  -ABG |
| Case Name: | ZIZZO, JOHN |
| Taxpayer ID No: | *******2846 |
| For Period Ending: | 10/17/13 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6667  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Bartlett, Illinois 60103 | | | | | |
| * | 11/15/07 | 8 | John Zizzo | Error Multiple Entry Same Deposit | 1249-003 | -1,000.00 | | 122,162.93 |
| | | | 1842 Golfview Drive | | | | | |
| | | | Bartlett, Illinois 60103 | | | | | |
| * | 11/15/07 | 8 | John Zizzo | Adversary settlement | 1249-003 | 1,000.00 | | 123,162.93 |
| | | | 1842 Golfview Drive | | | | | |
| | | | Bartlett Illinois 60103 | | | | | |
| * | 11/15/07 | 8 | John Zizzo | Error Multiple Entries Same Deposit | 1249-003 | -1,000.00 | | 122,162.93 |
| | | | 1842 Golfview Drive | | | | | |
| | | | Bartlett Illinois 60103 | | | | | |
| | 11/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.650 | 1270-000 | 64.94 | | 122,227.87 |
| | 12/11/07 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 123,227.87 |
| | | | 1842 Golfview Drive | | | | | |
| | | | Bartlett, Illinois 60103 | | | | | |
| | 12/19/07 | | Transfer to Acct #*******6861 | Bank Funds Transfer | 9999-000 | | 30,000.00 | 93,227.87 |
| | 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.500 | 1270-000 | 53.34 | | 93,281.21 |
| | 01/14/08 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 94,281.21 |
| | | | 1842 Golfview Drive | | | | | |
| | | | Bartlett, Illinois 60103 | | | | | |
| | 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.400 | 1270-000 | 37.12 | | 94,318.33 |
| | 02/14/08 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 95,318.33 |
| | | | 1842 Golfview Drive | | | | | |
| | | | Bartlett, Illinois 60103 | | | | | |
| | 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.300 | 1270-000 | 22.51 | | 95,340.84 |
| | 03/17/08 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 96,340.84 |
| | | | 1842 Golfview Drive | | | | | |
| | | | Bartlett, Illinois 60103 | | | | | |
| | 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 22.61 | | 96,363.45 |
| | 04/15/08 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 97,363.45 |

| | | | |
|---|---|---|---|
| Page Subtotals | 4,200.52 | 30,000.00 | |

LFORM24

Ver: 17.03a

FORM 2                                                                                              Page: 7

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                        Exhibit 9

| | |
|---|---|
| Case No: | 05-26273  -ABG |
| Case Name: | ZIZZO, JOHN |
| | |
| Taxpayer ID No: | *******2846 |
| For Period Ending: | 10/17/13 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6667  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, I 60103 | | | | | |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 19.81 | | 97,383.26 |
| 05/16/08 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 98,383.26 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Illinois 60103 | | | | | |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 12.41 | | 98,395.67 |
| 06/13/08 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 99,395.67 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Il. 60103 | | | | | |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 12.15 | | 99,407.82 |
| 07/13/08 | | Transfer from Acct #*******6861 | Bank Funds Transfer | 9999-000 | 677.63 | | 100,085.45 |
| 07/15/08 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 101,085.45 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Illinois 60103 | | | | | |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 12.74 | | 101,098.19 |
| 08/18/08 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 102,098.19 |
| | | 1842 Golfview Drive | | | | | |
| | | Barlett I 60103 | | | | | |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 12.88 | | 102,111.07 |
| 09/16/08 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 103,111.07 |
| | | 1842 Golview Drive | | | | | |
| | | Bartlett, Illinois 60103 | | | | | |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 12.61 | | 103,123.68 |
| 10/16/08 | 8 | John Zizzo | Adversary settlement | 1241-000 | 1,000.00 | | 104,123.68 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett Il 60103 | | | | | |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 10.04 | | 104,133.72 |
| 11/14/08 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 105,133.72 |

|  | | | Page Subtotals | | 7,770.27 | 0.00 | |

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 17)

FORM 2

Page:   8

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: | 05-26273 -ABG | |
| Case Name: | ZIZZO, JOHN | |
| | | |
| Taxpayer ID No: | *******2846 | |
| For Period Ending: | 10/17/13 | |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6667  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1842 Golfbview Drive Bartlett, Ill. 60103 | | | | | |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 8.56 | | 105,142.28 |
| 12/22/08 | 8 | John Zizzo | Adversary settlement | 1241-000 | 1,000.00 | | 106,142.28 |
| | | 1842 Golfview Drive Bartlett, Il. 60103 | | | | | |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 5.70 | | 106,147.98 |
| 01/20/09 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 107,147.98 |
| | | 1842 Golfview Drive bartlett, Il 60103 | | | | | |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.80 | | 107,149.78 |
| 02/17/09 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 108,149.78 |
| | | 1842 Golfview Drive Bartlett, Il. 60103 | | | | | |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.020 | 1270-000 | 1.65 | | 108,151.43 |
| 03/26/09 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 109,151.43 |
| | | 1842 Golfview Drive Bartlett Il. 60103 | | | | | |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.85 | | 109,153.28 |
| 04/21/09 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 110,153.28 |
| | | 1842 Golfview Drive Bartlett, Il 60103 | | | | | |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.49 | | 110,157.77 |
| 05/19/09 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 111,157.77 |
| | | 1842 Golfview Drive Bartlett, Illinois 60103 | | | | | |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.68 | | 111,162.45 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.57 | | 111,167.02 |
| 07/01/09 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 112,167.02 |
| | | | Page Subtotals | | 7,033.30 | 0.00 | |

Ver: 17.03a

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    9

Exhibit 9

| Case No: | 05-26273  -ABG | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | ZIZZO, JOHN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6667  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2846 | | | |
| For Period Ending: | 10/17/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Il. 60103 | | | | | |
| 07/22/09 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 113,167.02 |
| | | 1842 Golfview Drive | | | | | |
| | | Bsartlett, Il 60103 | | | | | |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.76 | | 113,171.78 |
| 08/22/09 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 114,171.78 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Il 601103 | | | | | |
| 08/22/09 | | Transfer to Acct #*******6861 | Bank Funds Transfer | 9999-000 | | 94.00 | 114,077.78 |
| 08/22/09 | | Transfer to Acct #*******6861 | Bank Funds Transfer | 9999-000 | | 309.00 | 113,768.78 |
| 08/22/09 | | Transfer to Acct #*******6861 | Bank Funds Transfer | 9999-000 | | 370.00 | 113,398.78 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.80 | | 113,403.58 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.66 | | 113,408.24 |
| 10/07/09 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 114,408.24 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Il 60103 | | | | | |
| 10/28/09 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 115,408.24 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Il 60103 | | | | | |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.84 | | 115,413.08 |
| 11/30/09 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 116,413.08 |
| | | 1842 Golfview | | | | | |
| | | Bartlett, Il | | | | | |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.75 | | 116,417.83 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.94 | | 116,422.77 |
| 01/12/10 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 117,422.77 |
| | | 1842 Golfview Drive | | | | | |
| | | bartlett, Il. 60103 | | | | | |

|  | Page Subtotals | 6,028.75 | 773.00 |
|---|---|---|---|

Ver: 17.03a

Page:   10

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-26273  -ABG |
| Case Name: | ZIZZO, JOHN |
| | |
| Taxpayer ID No: | *******2846 |
| For Period Ending: | 10/17/13 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6667  Money Market Account (Interest Earn |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/25/10 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 118,422.77 |
| | | ☐42 Golview Drive | | | | | |
| | | Bartlett Il. | | | | | |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.97 | | 118,427.74 |
| 02/24/10 | | Transfer to Acct #*******6861 | Bank Funds Transfer | 9999-000 | | 253.00 | 118,174.74 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.54 | | 118,179.28 |
| 03/02/10 | 8 | John Zizzo | Adversary settlement | 1249-000 | 1,000.00 | | 119,179.28 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Il 60103 | | | | | |
| 03/30/10 | | Transfer to Acct #*******6861 | Bank Funds Transfer | 9999-000 | | 4,802.09 | 114,377.19 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 5.05 | | 114,382.24 |
| 04/11/10 | 8 | John Zizzo | Adversary Settlement | 1249-000 | 1,000.00 | | 115,382.24 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Il 60103 | | | | | |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.72 | | 115,386.96 |
| 05/12/10 | | Transfer from Acct #*******6861 | Bank Funds Transfer | 9999-000 | 1,000.00 | | 116,386.96 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.92 | | 116,391.88 |
| 06/02/10 | 8 | John Zizzo | AdversarySettlement | 1229-000 | 1,000.00 | | 117,391.88 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Il 60103 | | | | | |
| 06/30/10 | 8 | John Zizzo | Adversary Settlement | 1241-000 | 1,078.80 | | 118,470.68 |
| | | 1842 Golfview Drive | | | | | |
| | | Bartlett, Il 60103 | | | | | |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.82 | | 118,475.50 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 5.02 | | 118,480.52 |
| 08/24/10 | 10 | Daniel W. Hynes | Tax Refund | 2810-000 | | -21.27 | 118,501.79 |
| | | Comptroller of Illilnois | | | | | |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 5.03 | | 118,506.82 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.87 | | 118,511.69 |

| | | | Page Subtotals | | 6,122.74 | 5,033.82 | |

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 20)*

FORM 2

Page: 11

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 05-26273 -ABG | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | ZIZZO, JOHN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6667 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2846 | | |
| For Period Ending: | 10/17/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/18/10 | 9 | United States Treasury I.R.S. | Tax Refund | 1224-000 | 322.85 | | 118,834.54 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 5.03 | | 118,839.57 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 4.89 | | 118,844.46 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 5.05 | | 118,849.51 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 5.05 | | 118,854.56 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.91 | | 118,855.47 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.01 | | 118,856.48 |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.97 | | 118,857.45 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.01 | | 118,858.46 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.98 | | 118,859.44 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.00 | | 118,860.44 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.01 | | 118,861.45 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.98 | | 118,862.43 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.01 | | 118,863.44 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 151.43 | 118,712.01 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.98 | | 118,712.99 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 146.36 | 118,566.63 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.00 | | 118,567.63 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 146.18 | 118,421.45 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.01 | | 118,422.46 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 155.31 | 118,267.15 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.94 | | 118,268.09 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 140.56 | 118,127.53 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.00 | | 118,128.53 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 145.24 | 117,983.29 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.97 | | 117,984.26 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 149.90 | 117,834.36 |
| 05/17/12 | | Transfer from Acct #*******6861 | Bank Funds Transfer | 9999-000 | 2.28 | | 117,836.64 |

| | | | | Page Subtotals | 359.93 | 1,034.98 | |

FORM 2

Page:   12

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 05-26273  -ABG | |
| Case Name: | ZIZZO, JOHN | |

Taxpayer ID No: *******2846
For Period Ending: 10/17/13

Trustee Name: RONALD R. PETERSON
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******6667  Money Market Account (Interest Earn

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.00 | | 117,837.64 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 149.71 | 117,687.93 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.96 | | 117,688.89 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 139.88 | 117,549.01 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 1.00 | | 117,550.01 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 154.16 | 117,395.85 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.26 | | 117,396.11 |
| 08/09/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX  75283 | BANK FEES | 2600-000 | | 38.49 | 117,357.62 |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 117,357.62 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 154,681.66 | 154,681.66 | 0.00 |
| Less:  Bank Transfers/CD's | 1,679.91 | 153,185.71 | |
| Subtotal | 153,001.75 | 1,495.95 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 153,001.75 | 1,495.95 | |

Page Subtotals            3.22            117,839.86

Ver: 17.03a

FORM 2

Page:    13

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 05-26273  -ABG |
| Case Name: | ZIZZO, JOHN |
| Taxpayer ID No: | *******2846 |
| For Period Ending: | 10/17/13 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6861  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 12/19/07 | | Transfer from Acct #*******6667 | Bank Funds Transfer | | | 9999-000 | 30,000.00 | | 30,000.00 |
| 12/19/07 | 003001 | Jenner & Block LLP | Interim Fees | | | | | 29,322.37 | 677.63 |
| | | | Fees | 26,309.00 | | 3110-000 | | | |
| | | | Expenses | 3,013.37 | | 3120-000 | | | |
| 07/13/08 | | Transfer to Acct #*******6667 | Bank Funds Transfer | | | 9999-000 | | 677.63 | 0.00 |
| 08/22/09 | | Transfer from Acct #*******6667 | Bank Funds Transfer | | | 9999-000 | 94.00 | | 94.00 |
| 08/22/09 | | Transfer from Acct #*******6667 | Bank Funds Transfer | | | 9999-000 | 309.00 | | 403.00 |
| 08/22/09 | | Transfer from Acct #*******6667 | Bank Funds Transfer | | | 9999-000 | 370.00 | | 773.00 |
| 08/22/09 | 003002 | Illinois Department of Revenue<br>P.O. Box 19009<br>springfiled, Il 62794-9009 | State Income Taxes<br>2008 1040 State | | | 2810-000 | | 94.00 | 679.00 |
| 08/22/09 | 003003 | Internal Revenue Service<br>IRS Service Center<br>Cincinnati, Ohio | Federal Income Taxes | | | 2810-000 | | 309.00 | 370.00 |
| 08/22/09 | 003004 | Illinois Department of Re venue<br>P.O. Box 19009<br>Springfiled, Il 62794-9009 | state taxes | | | 2810-000 | | 370.00 | 0.00 |
| 02/24/10 | | Transfer from Acct #*******6667 | Bank Funds Transfer | | | 9999-000 | 253.00 | | 253.00 |
| 02/24/10 | 003005 | Illinois Department of Revenue<br>P.O. Box 19009 | State Taxes | | | 2820-000 | | 253.00 | 0.00 |
| 03/30/10 | | Transfer from Acct #*******6667 | Bank Funds Transfer | | | 9999-000 | 4,802.09 | | 4,802.09 |
| 03/30/10 | 003006 | Alan Lasko | Trustee Accountant<br>Tax Returns in Zizzo per court order 17 March 2010 | | | | | 4,802.09 | 0.00 |
| | | | Fees | 4,771.50 | | 3410-000 | | | |
| | | | Expenses | 30.59 | | 3420-000 | | | |
| 05/10/10 | 8 | John Zizzo<br>1842 Golfview Drive<br>Bartlett Il. 60103 | Adversary settlement | | | 1249-000 | 1,000.00 | | 1,000.00 |

Page Subtotals      36,828.09      35,828.09

Ver: 17.03a

UST Form 101-7-TDR (5/1/2011) *(Page: 23)*

FORM 2

Page:   14

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-26273  -ABG | | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | ZIZZO, JOHN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6861  BofA - Checking Account |
| Taxpayer ID No: | *******2846 | | | |
| For Period Ending: | 10/17/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/12/10 | | Transfer to Acct #*******6667 | Bank Funds Transfer | 9999-000 | | 1,000.00 | 0.00 |
| 08/24/10 | 10 | Daniel W. Hynes | State Taxes | 2820-000 | | -2.28 | 2.28 |
| | | Comptroller of Illinois | | | | | |
| 05/17/12 | | Transfer to Acct #*******6667 | Bank Funds Transfer | 9999-000 | | 2.28 | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 36,828.09 | 36,828.09 | 0.00 |
| Less:  Bank Transfers/CD's | 35,828.09 | 1,679.91 | |
| Subtotal | 1,000.00 | 35,148.18 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 1,000.00 | 35,148.18 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *******8208 | 12,568.73 | 129,926.35 | 0.00 |
| Money Market Account (Interest Earn - *******6667 | 153,001.75 | 1,495.95 | 0.00 |
| BofA - Checking Account - ********6861 | 1,000.00 | 35,148.18 | 0.00 |
| | ------------------- | ------------------- | ------------------- |
| | 166,570.48 | 166,570.48 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

|  | Page Subtotals | 0.00 | 1,000.00 |
|---|---|---|---|

Ver: 17.03a

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 24)*